UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARMANDO GARCIA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-273 |
| | § | |
| ROBERT BEARD, | § | |
| | § | |
| Respondent. | § | |

## OPINION AND ORDER OF TRANSFER

This is a habeas action filed on June 27, 2014, by a state prisoner incarcerated at the Terrell Unit in Rosharon, Texas, which is located in Brazoria County. (DE 1). In his complaint, Petitioner challenges a prison disciplinary hearing at his current unit. (DE 1).

A habeas action may be filed either in the district where petitioner is in custody or in the district in which petitioner was convicted. 28 U.S.C. § 2241(d); *Wadsworth v. Johnson*, 235 F.3d 959 (5th Cir. 2000). Petitioner's place of incarceration is in the Galveston Division of the Southern District of Texas, 28 U.S.C. § 124(b)(1), and he was convicted by a court located in Kleberg County in the Corpus Christi Division of the Southern District of Texas. 28 U.S.C. § 124(b)(6).

For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. §§ 1404(a) and 1406(a). A habeas application may be transferred in furtherance of justice to the other district court for hearing and determination. 28 U.S.C. § 2241(d). Because Petitioner is currently incarcerated in

Brazoria County and is challenging a prison disciplinary proceeding which took place in Brazoria County, it is more convenient and would further the interests of justice for this action to be handled in the Galveston Division of the Southern District of Texas.

Accordingly, it is ordered that this case be transferred to the United States District Court for the Southern District of Texas, Galveston Division. All pending motions are denied as moot and are subject to renewal after the case is transferred.

ORDERED this 30th day of June, 2014.

*Nelva Gonzales Ramos*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE